**Order entered April 2, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01465-CR

## MIGUEL ANGEL MONJARAS JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 3
### Dallas County, Texas
### Trial Court Cause No. MA17-10840-C

### ORDER

Before the Court is the March 31, 2020 motion of appellate counsel April Smith to withdraw as counsel. We **GRANT** the motion and **DIRECT** the Clerk to remove April Smith as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Audrey Moorehead, Presiding Judge, County Criminal Court No. 3; to April Smith; and to the Dallas County District Attorney's Office.

We **ABATE** this appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the order appointing new counsel.

/s/    CORY L. CARLYLE
       JUSTICE